United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward George Nightingale  
    Debtor

Case No. 18-15850-ref  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: SaraR  Form ID: 130 | Page 1 of 1  Total Noticed: 1 | Date Rcvd: Sep 06, 2018 |
|---|---|---|---|

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.  
db        Edward George Nightingale,   1408 Fox Gap Rd,   Bangor, PA  18013-6008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

     ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:  
      DAVID B. SCHWARTZ   on behalf of Debtor Edward George Nightingale david@dbsesq.com, DBSchwartzesq@aol.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      WILLIAM MILLER*R   ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com  
      TOTAL: 3

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:   Chapter: 13

Edward George Nightingale

Debtor(s)   Bankruptcy No: 18–15850–ref

*O R D E R*

**AND NOW,** this 5th day of September 2018 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

Documents and Deadline

Atty Disclosure Statement due 09/19/2018.
Chapter 13 Plan due by 09/19/2018.
Chapter 13 Statement of Your Current Monthly Income and
Calculation of Commitment Period Form 122C–1 Due 09/19/2018.
Schedules AB–J due 09/19/2018.
Statement of Financial Affairs due 09/19/2018.
Sum. Assets & Liab B106 due 09/19/2018.

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Richard E. Fehling
Chief Judge , United States Bankruptcy Court

6
Form 130