IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 18-15850 |
| | : | |
| EDWARD GEORGE NIGHTINGALE, | : | Chapter 13 |
| | : | |
| Debtor : | | |

ORDER GRANTING EXTENSION OF TIME TO FILE CHAPTER 13
SCHEDULES A/B-J, SUMMARY OF ASSETS AND LIABILITIES,
STATEMENT OF FINANCIAL AFFAIRS, ATTORNEY DISCLOSURE STATEMENT,
CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION
OF COMMITMENT PERIOD, AND CHAPTER 13 PLAN

**AND NOW,** this _____ day of _____, 2018, upon Motion of Edward George Nightingale, the within Debtor, prays for an extension of time under Bankruptcy Rule 1007(c) within which to file Chapter 13 Schedules A/B-J, Summary of Summary of Assets Liabilities, Statement of Financial Affairs, Attorney Disclosure Statement, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period, and Plan, and it appearing from the Motion that good cause exists for granting such relief, and that no notice thereof need be given to any party in interest, IT IS

**ORDERED** that the time for the Movant to file the aforementioned documentation is hereby extended to and including October 10, 2018.

BY THE COURT:

**Date: September 19, 2018**

_____
Honorable Richard E. Fehling
U.S. Bankruptcy Judge