United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward George Nightingale  
     Debtor

Case No. 18-15850-ref  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-4    User: SaraR    Page 1 of 1    Date Rcvd: Sep 19, 2018  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2018.  
db         Edward George Nightingale,   1408 Fox Gap Rd,   Bangor, PA  18013-6008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.    TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2018 at the address(es) listed below:  
        DAVID B. SCHWARTZ   on behalf of Debtor Edward George Nightingale david@dbsesq.com, DBSchwartzesq@aol.com  
        REBECCA ANN SOLARZ   on behalf of Creditor   Carrington Mortgage Services, LLC bkgroup@kmllawgroup.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
        WILLIAM  MILLER*R   ecfemail@FredReigleCh13.com,  ECF_FRPA@Trustee13.com  
                                                                 TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                     :   CASE NO. 18-15850
                                           :
EDWARD GEORGE NIGHTINGALE,                 :   Chapter 13
                                           :
         Debtor :

ORDER GRANTING EXTENSION OF TIME TO FILE CHAPTER 13
SCHEDULES A/B-J, SUMMARY OF ASSETS AND LIABILITIES,
STATEMENT OF FINANCIAL AFFAIRS, ATTORNEY DISCLOSURE STATEMENT,
CHAPTER 13 STATEMENT OF CURRENT MONTHLY INCOME AND CALCULATION
OF COMMITMENT PERIOD, AND CHAPTER 13 PLAN

**AND NOW,** this _____ day of _____, 2018, upon Motion of Edward George Nightingale, the within Debtor, prays for an extension of time under Bankruptcy Rule 1007(c) within which to file Chapter 13 Schedules A/B-J, Summary of Summary of Assets Liabilities, Statement of Financial Affairs, Attorney Disclosure Statement, Chapter 13 Statement of Current Monthly Income and Calculation of Commitment Period, and Plan, and it appearing from the Motion that good cause exists for granting such relief, and that no notice thereof need be given to any party in interest, IT IS

**ORDERED** that the time for the Movant to file the aforementioned documentation is hereby extended to and including October 10, 2018.

BY THE COURT:

**Date: September 19, 2018**

_____
Honorable Richard E. Fehling
U.S. Bankruptcy Judge