# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              )
                                    )
EDWARD G. NIGHTINGALE,              )   CASE NO: 18-15850
                                    )      Chapter 13
            Debtor                  )

### ORDER GRANTING DEBTORS' MOTION TO EXTEND AUTOMATIC STAY PURSUANT TO 11 U.S.C. §362(c)(3)(B) AND §105

Upon consideration of Debtors' Motion to Extend Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B) and §105, and after notice and opportunity for hearing, it is hereby

**ORDERED** that Debtors' Motion is **GRANTED**, and the Automatic Stay imposed by 11 U.S.C. Section 362 be and hereby is **EXTENDED** in the subject Chapter 13 case as to all creditors.

10/4/18

By the Court:

_____
United States Bankruptcy Judge