United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15850-ref
Edward George Nightingale                                             Chapter 13
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4          User: SaraR             Page 1 of 1              Date Rcvd: Oct 04, 2018
                              Form ID: pdf900         Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 06, 2018.
db             Edward George Nightingale,    1408 Fox Gap Rd,    Bangor, PA  18013-6008
smg           +Bureau of Audit and Enforcement,   City of Allentown,    435 Hamilton Street,
               Allentown, PA 18101-1603
smg            City Treasurer,    Eighth and Washington Streets,    Reading, PA  19601
smg           +Dun & Bradstreet, INC,    3501 Corporate Pkwy,    P.O. Box 520,    Centre Valley, PA 18034-0520
smg           +Lehigh County Tax Claim Bureau,   17 South Seventh Street,    Allentown, PA 18101-2401
smg           +Tax Claim Bureau,   633 Court Street,    Second Floor,   Reading, PA 19601-4300
14193879      +Carrington Mortgage Services, LLC,    c/o KML Law Group, P.C.,    710 Market Street,   Suite 5000,
               Philadelphia, PA 19106-2312
14191854      +Carrington Mortgage Servicing,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
14191857      +St. Luke's Hospital,    801 Ostrum St,   Bethlehem, PA 18015-1065

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 05 2018 02:18:20      U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
14191855       E-mail/Text: cio.bncmail@irs.gov Oct 05 2018 02:17:41     Internal Revenue Services,
               PO Box 7346,    Philadelphia, PA  19101-7346
14191856       E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 05 2018 02:17:54
               Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
               Harrisburg, PA  17128-0946
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*           Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2018                             Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 4, 2018 at the address(es) listed below:
          DAVID B. SCHWARTZ    on behalf of Debtor Edward George Nightingale david@dbsesq.com,
           DBSchwartzesq@aol.com
          REBECCA ANN SOLARZ    on behalf of Creditor   Carrington Mortgage Services, LLC
           bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM  MILLER*R    ecfemail@FredReigleCh13.com,   ECF_FRPA@Trustee13.com
                                                                                              TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EDWARD G. NIGHTINGALE, | ) CASE NO: 18-15850 |
| | ) Chapter 13 |
| Debtor | ) |

ORDER GRANTING DEBTORS' MOTION TO EXTEND AUTOMATIC
STAY PURSUANT TO 11 U.S.C. §362(c)(3)(B) AND §105

Upon consideration of Debtors' Motion to Extend Automatic Stay Pursuant to 11 U.S.C. §362(c)(3)(B) and §105, and after notice and opportunity for hearing, it is hereby

**ORDERED** that Debtors' Motion is **GRANTED**, and the Automatic Stay imposed by 11 U.S.C. Section 362 be and hereby is **EXTENDED** in the subject Chapter 13 case as to all creditors.

10/4/18

By the Court:

_____
United States Bankruptcy Judge