IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                )
                                      )
EDWARD GEORGE NIGHTINGALE,            ) CASE NO: 18-15850
                                      )    Chapter 13
                                      )
         Debtor.                      )

## CERTIFICATION OF SERVICE

I, Allan B. Goodman, Esquire, do hereby certify that on _March 25_, 2019, a true and correct copy of the Amended Schedule J – Your Expenses and Amended Schedule C – The Property You Claim as Exempt in the above-captioned matter was served upon the following parties at the listed addresses Via ECF:

**SCOTT WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECF frpa@trustee13.com

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Via ECF USTPRegion03.PH.ECF@usdoj.gov

Date: _3/25/19_

_Allan B. Goodman_
Allan B. Goodman, Esquire
Goodman Schwartz & Shaw LLC
Counsel for Debtor
514 Fullerton Ave., Suite 2
Whitehall, PA 18052
Phone: 610-434-2023
FAX: 610-432-4552
I.D. #07859