## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Edward George Nightingale aka Edward G. Nightingale aka Edward Nightingale<br>　　　　　　　Debtor | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12<br>　　　　　　　Movant<br>　　　vs. | NO. 18-15850 REF |
| Edward George Nightingale aka Edward G. Nightingale aka Edward Nightingale<br>　　　　　　　Debtor<br><br>Scott Waterman<br>　　　　　　　Trustee | 11 U.S.C. Section 362 |

### ORDER

ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse Prevention and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 1408 Fox Gap Road, Bangor, PA 18013 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: March 29, 2019**

_____
United States Bankruptcy Judge.