IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Edward George Nightingale, | : | |
| | : | Bankruptcy No. 18-15850 |
| | : | |
| | : | |
| Debtor | : | |

## CERTIFICATION OF SERVICE

I, Allan B. Goodman, Esquire, do hereby certify that on April 30, 2019, a true and correct copy of the Debtor's 2nd Amended Schedule C – The Property You Claim as Exempt and Form 106Dec – Declaration About an Individual Debtor's Schedules in the above-captioned matter was served upon the following parties at the listed addresses Via ECF:

**SCOTT WATERMAN**
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
ECF frpa@trustee13.com

**United States Trustee**
Office of the U.S. Trustee
833 Chestnut Street
Suite 500
Philadelphia, PA 19107
Via ECF USTPRegion03.PH.ECF@usdoj.gov

Dated: April 30, 2019

*/s/ Allan B. Goodman*
Allan B. Goodman, Esquire
Attorney for Debtor
514 Fullerton Avenue, Suite 2
Whitehall, PA 18052
Telephone No.: 610-434-2023
Fax No.: (610) 432-4552
Attorney No.: 07859