### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

In Re: Edward George Nightingale

      Debtor(s)

Case No: 18−15850−elf

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable
Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED CONFIRMATION HEARING

on: 8/29/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400
Washington Street, Reading, PA 19601

For The Court

Date:  6/24/19

Timothy B. McGrath
Clerk of Court