United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15850-elf
Edward George Nightingale                                             Chapter 13
     Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Nancy           Page 1 of 1              Date Rcvd: Jun 24, 2019
                            Form ID: 167          Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 26, 2019.
```
db              Edward George Nightingale,    1408 Fox Gap Rd,    Bangor, PA 18013-6008
14293244       +Borough of Bangor,    197 Pennsylvania Ave,    Bangor, PA 18013-1922
14230450       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
14193879       +Carrington Mortgage Services, LLC,    c/o KML Law Group, P.C.,    710 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-2312
14191854       +Carrington Mortgage Servicing,    1600 S Douglass Rd Ste 2,    Anaheim, CA 92806-5951
14191857       +St. Luke's Hospital,    801 Ostrum St,    Bethlehem, PA 18015-1065
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14191855        E-mail/Text: cio.bncmail@irs.gov Jun 25 2019 03:09:02      Internal Revenue Services,
                 PO Box 7346,    Philadelphia, PA  19101-7346
14191856        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 25 2019 03:09:34
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    PO Box 280946,
                 Harrisburg, PA  17128-0946
                                                                                             TOTAL: 2
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 26, 2019                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 24, 2019 at the address(es) listed below:
```
              DAVID B. SCHWARTZ    on behalf of Debtor Edward George Nightingale david@dbsesq.com,
               DBSchwartzesq@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York et al... bkgroup@kmllawgroup.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                             TOTAL: 6
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Edward George Nightingale
    Debtor(s)

Case No: 18–15850–elf
Chapter: 13

### NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Eric L. Frank , United States Bankruptcy Judge to consider:

RESCHEDULED CONFIRMATION HEARING

on: 8/29/19

at: 10:00 AM

in: Courtroom 1, Third Floor, The Madison, 400 Washington Street, Reading, PA 19601

For The Court

Date: 6/24/19

Timothy B. McGrath
Clerk of Court

54 –
Form 167