# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Edward George Nightlingale aka Edward G. Nightingale aka Edward Nightngale<br>                                Debtor(s) | CHAPTER 13 |
| THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12, its successors and/or assigns<br>                                Movant<br>                vs.  | NO. 18-15850 ELF |
| Edward George Nightlingale aka Edward G. Nightingale aka Edward Nightngale<br>                                Debtor(s)<br><br>William C. Miller Esq.<br>                                Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

   Kindly withdraw the Objection to Confirmation of THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York as trustee for registered Holders of CWABS, Inc., Asset-Backed Certificates, Series 2007-12, which was filed with the Court on or about **May 8, 2019, docket number 50**.

                                        Respectfully submitted,

                                    By: **/s/ Rebecca A. Solarz, Esquire**
                                        Rebecca A. Solarz, Esquire
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA  19106
                                        215-627-1322
                                        Attorney for Movant/Applicant

June 27, 2019