THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re: :
EDWARD GEORGE NIGHTINGALE, : Chapter 13
    Debtor : No. 18-15850

_____

EDWARD GEORGE NIGHTINGALE, :
    Movant, :
:
v. :
:
THE BANK OF NEW YORK MELLON, F/K/A :
THE BANK OF NEW YORK AS TRUSTEE FOR :
REGISTERED HOLDERS OF CWABS, INC., :
ASSET-BACKED CERTIFICATES, SERIES :
2007-12 :
    Respondent. :

## ORDER

AND NOW, upon consideration of the Reinstatement of Automatic Stay ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. The request for an expedited hearing is GRANTED.

2. A hearing to consider the Motion shall be and hereby is scheduled on **August 1, 2019**, at ~~11:00 a.m    in the Uni~~ted States Bankruptcy Court, The Madison Building, 3d floor 400 Washington Street, Reading, PA 19601.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee, the individual Respondent(s) (if any), and all other secured and priority creditors by overnight

- 1 -

mail, facsimile transmission or e-mail transmission no later than 12:00 p.m.

on **July 31, 2019.**

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 7/30/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

- 2 -