## THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:<br>EDWARD GEORGE NIGHTINGALE,<br>　　　Debtor | :<br>:　Chapter 13<br>:　No. 18-15850<br>: |
| EDWARD GEORGE NIGHTINGALE,<br>　　　Movant,<br><br>v.<br><br>THE BANK OF NEW YORK MELLON, F/K/A<br>THE BANK OF NEW YORK AS TRUSTEE FOR<br>REGISTERED HOLDERS OF CWABS, INC.,<br>ASSET-BACKED CERTIFICATES, SERIES<br>2007-12<br>　　　Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

### CERTIFICATION OF SERVICE

　　　I, **Allan B. Goodman, Esquire,** counsel for Debtor, do hereby certify that a true and correct copy of Debtor's Motion to Reinstate the Automatic Stay and Order granting Expedited Hearing have been served this 31th day of July, 2019, by a true and correct copy of the above documents which were filed with the Court by Electronic Case Filing, and therefore became available for viewing and downloading and were therefore served upon the following (as well as all other parties in interest who have entered their appearance and registered for service in that manner):

　　　**SCOTT WATERMAN**
　　　Chapter 13 Trustee
　　　2901 St. Lawrence Ave.
　　　Suite 100
　　　Reading, PA 19606
　　　ECF frpa@trustee13.com

　　　**United States Trustee**
　　　Office of the U.S. Trustee
　　　833 Chestnut Street
　　　Suite 500
　　　Philadelphia, PA 19107
　　　Via ECF USTPRegion03.PH.ECF@usdoj.gov

　　　Rebecca A Solarz, Esquire
　　　KML Law Group, P.C.
　　　701 Market Street, Suite 5000
　　　Philadelphia, PA 19106-1532
　　　bkgroup@kmllawgroup.com

and upon the following by email:

>Ms. Tamika Washington
>Contact provided on Proof of Claim
>tawashingt@pa.gov
>at 10:18 a.m.
>Pennsylvania Department of Revenue
>Bankruptcy Division
>P.O. Box 280946
>Harrisburg, PA 17128-0946
>
>Rebecca A Solarz, Esquire
>RSolarz@kmllawgroup.com
>9:29 a.m.
>KML Law Group, P.C.
>701 Market Street, Suite 5000
>Philadelphia, PA 19106-1532

and upon the following by telephone/email:

>Mr. Ponteri, ID No. 199131
>at 10:00 a.m. via telephone call.
>Mr. Ponteri verified they had received
>both the Motion to Reinstate Automatic Stay and
>the Order for Expedited Hearing. He will forward to
>case worker Ms. Myra L. Davis via email.
>Internal Revenue Services
>P.O. Box 7346
>Philadelphia, PA 19101-7346

Date: 7/31/19

Allan B. Goodman, Esquire
Goodman Schwartz & Shaw LLC
Counsel for Debtor
514 Fullerton Avenue
Whitehall, PA. 18052
Phone:  610 434-2023
Fax:    610 432-4552
I.D. #07859