United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Edward George Nightingale  
      Debtor

Case No. 18-15850-elf  
Chapter 13

## CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: Lisa | Page 1 of 1 | Date Rcvd: Jul 30, 2019 |
|---|---|---|---|
| | Form ID: pdf900 | Total Noticed: 1 | |

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2019.
db         Edward George Nightingale,   1408 Fox Gap Rd,    Bangor, PA  18013-6008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.   TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.   TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2019                           Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2019 at the address(es) listed below:
      DAVID B. SCHWARTZ   on behalf of Debtor Edward George Nightingale david@dbsesq.com, DBSchwartzesq@aol.com
      REBECCA ANN SOLARZ   on behalf of Creditor   Carrington Mortgage Services, LLC bkgroup@kmllawgroup.com
      REBECCA ANN SOLARZ   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York et al... bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM  MILLER*R   on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
                                                                                                      TOTAL: 6

# THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: :  | |
| EDWARD GEORGE NIGHTINGALE, : | Chapter 13 |
|     Debtor : | No. 18-15850 |

EDWARD GEORGE NIGHTINGALE, :
    Movant, :
    :
    v. :
    :
THE BANK OF NEW YORK MELLON, F/K/A :
THE BANK OF NEW YORK AS TRUSTEE FOR :
REGISTERED HOLDERS OF CWABS, INC., :
ASSET-BACKED CERTIFICATES, SERIES :
2007-12 :
    Respondent. :

## ORDER

AND NOW, upon consideration of the Reinstatement of Automatic Stay ("the Motion"), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby ORDERED that:

1. The request for an expedited hearing is GRANTED.

2. A hearing to consider the Motion shall be and hereby is scheduled on **August 1, 2019**, at ~~11:00 a.m~~ ~~in the Un~~ited States Bankruptcy Court, The Madison Building, 3d floor 400 Washington Street, Reading, PA 19601.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee, the individual Respondent(s) (if any), and all other secured and priority creditors by overnight

- 1 -

mail, facsimile transmission or e-mail transmission no later than 12:00 p.m.

on **July 31, 2019.**

5. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: 7/30/19

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

- 2 -