# Earnings Statement

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 08/20/2018
Period Ending: 08/26/2018
Pay Date: 08/31/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NJ: Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 40.75 | 1,467.00 | 28,395.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 1,152.00 |
| Gross Pay | | | $1,467.00 | 31,059.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig Comp | 1,467.00 | 31,0... |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -176.33 | 3,696.31 |
| | Social Security Tax | -90.96 | 1,925.66 |
| | Medicare Tax | -21.28 | 450.36 |
| | NJ State Income Tax | -54.33 | 1,109.70 |
| | NJ SUI/SDI Tax | -10.34 | 218.96 |

Net Pay    $1,113.76
Checking1  -1,113.76
Net Check  $0.00

Your federal taxable wages this period are $1,467.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000350026
Pay date: 08/31/2018

Deposited to the account of
EDWARD NIGHTINGALE

account number: xxxxxx7415
transit ABA: xxxx xxxx

THIS IS NOT A CHECK

NON-NEGOTIABLE

# Earnings Statement

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 08/13/2018
Period Ending: 08/19/2018
Pay Date: 08/24/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NJ: Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 40.00 | 1,440.00 | 26,928.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 1,152.00 |
| **Gross Pay** | | | **$1,440.00** | 29,592.00 |

| Other Benefits and Information | this period | total to |
|---|---|---|
| Max Elig/Comp | 1,440.00 | 29,5 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -170.39 | 3,519.98 |
| | Social Security Tax | -89.28 | 1,834.70 |
| | Medicare Tax | -20.89 | 429.08 |
| | NJ State Income Tax | -52.69 | 1,055.37 |
| | NJ SUI/SDI Tax | -10.14 | 206.62 |
| **Net Pay** | | **$1,096.62** | |
| Checking1 | | -1,096.62 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$1,440.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000340026
Pay date: 08/24/2018

Deposited to the account of
EDWARD NIGHTINGALE

account number: xxxxxx7415
transit ABA: xxxx xxxx
an $1,0

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**Earnings Statement**

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 08/06/2018
Period Ending: 08/12/2018
Pay Date: 08/17/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal    3
  NJ    Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 40.00 | 1,440.00 | 25,488.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 1,152.00 |
| **Gross Pay** | | | **$1,440.00** | 28,152.00 |

| Other Benefits and Information | this period | total to |
|---|---|---|
| Max Elig/Comp | 1,440.00 | 28,15 |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -170.39 | 3,349.59 |
| | Social Security Tax | -89.28 | 1,745.42 |
| | Medicare Tax | -20.88 | 408.20 |
| | NJ State Income Tax | -52.69 | 1,002.68 |
| | NJ SUI/SDI Tax | -10.16 | 198.48 |
| **Net Pay** | | **$1,096.60** | |
| | Checking1 | -1,096.60 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,440.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000330026
Pay date: 08/17/2018

Deposited to the account of
EDWARD NIGHTINGALE

account number: xxxxxx7415
transit ABA: xxxx xxxx
amount: $1,0

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

VOD 000174  0000320026

# Earnings Statement

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 07/30/2018
Period Ending: 08/05/2018
Pay Date: 08/10/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 5
  NJ: Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 20.00 | 720.00 | 24,048.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 1,152.00 |
| Gross Pay | | | $720.00 | 26,712.00 |

| Other Benefits and Information | this period | total |
|---|---|---|
| Max Elig/Comp | 720.00 | 26. |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -45.47 | 3,179.20 |
| | Social Security Tax | -44.64 | 1,656.14 |
| | Medicare Tax | -10.44 | 387.32 |
| | NJ State Income Tax | -11.32 | 949.99 |
| | NJ SUI/SDI Tax | -5.08 | 188.32 |
| Net Pay | | $603.05 | |
| Checking1 | | -603.05 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $720.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000320026
Pay date: 08/10/2018

Deposited to the account of
EDWARD NIGHTINGALE

account number: xxxxxx7415
transit ABA: xxxx xxxx

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement

**POLLARO CUSTOM FURNITURE INC**
*460 MUNDET PLACE*

Period Beginning: 07/23/2016
Period Ending: 07/29/2016
Pay Date: 08/03/2016

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal: 3
 NJ: Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 40.00 | 1,440.00 | 23,328.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 1,152.00 |
| **Gross Pay** | | | **$1,440.00** | 25,992.00 |

| Other Benefits and Information | this period | total to |
|---|---|---|
| Max Elig/Comp | 1,440.00 | 25,9... |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -170.39 | 3,133.73 |
| | Social Security Tax | -89.28 | 1,611.50 |
| | Medicare Tax | -20.88 | 376.88 |
| | NJ State Income Tax | -52.69 | 938.67 |
| | NJ SUI/SDI Tax | -10.14 | 183.24 |
| **Net Pay** | | **$1,096.62** | |
| Checking1 | | -1,096.62 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $1,440.00

---

POLLARO CUSTOM FURNITURE INC
460 MUNDET PLACE

Advice number: 00000310026
Pay date: 08/03/2016

Deposited to the account of
**EDWARD NIGHTINGALE**

account number: xxxxxx7415
transit ABA: xxxx xxxx
am... $1,0...

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

VOD 000174    0000304026 1

**Earnings Statement**

*POLLARD CUSTOM FURNITURE INC*
*480 MUNDET PLACE*

Period Beginning: 07/16/2018
Period Ending: 07/22/2018
Pay Date: 07/27/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal 3
  NJ      Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 36.00 | 1,296.00 | 21,888.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 1,152.00 |
| **Gross Pay** | | | **$1,296.00** | 24,552.00 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -138.71 | 2,963.34 |
| | Social Security Tax | -80.35 | 1,522.22 |
| | Medicare Tax | -18.79 | 356.00 |
| | NJ State Income Tax | -43.90 | 885.98 |
| | NJ SUI/SDI Tax | -9.14 | 173.10 |
| **Net Pay** | | **$1,005.11** | |
| Checking1 | | -1,005.11 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total |
|---|---|---|
| Max Elig/Comp | 1,296.00 | 24. |

Your federal taxable wages this period are
$1,296.00

POLLARD CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000304026
Pay date: 07/27/2018

Deposited to the account of
EDWARD NIGHTINGALE

account number: xxxxxx7415
transit ABA: xxxx xxxx

$1,

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

**EARNINGS STATEMENT**

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 07/09/2018
Period Ending: 07/15/2018
Pay Date: 07/20/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NJ: Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 41.00 | 1,476.00 | 20,592.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 1,152.00 |
| **Gross Pay** | | | **$1,476.00** | 23,256.00 |

| Other Benefits and Information | this period | total t... |
|---|---|---|
| Max Elig/Comp | 1,476.00 | 23,2... |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -178.31 | 2,824.63 |
| | Social Security Tax | -91.51 | 1,441.87 |
| | Medicare Tax | -21.40 | 337.21 |
| | NJ State Income Tax | -54.88 | 842.08 |
| | NJ SUI/SDI Tax | -10.41 | 163.96 |
| | **Net Pay** | **$1,119.49** | |
| | Checking1 | -1,119.49 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are $1,476.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000290026
Pay date: 07/20/2018

Deposited to the account of
EDWARD NIGHTINGALE

account number: xxxxxx7415
transit ABA: xxxx xxxx
a... $1,1...

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

VOD 000174    0000280025 1

## Earnings Statement

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 07/02/2018
Period Ending: 07/06/2018
Pay Date: 07/13/2018

Taxable Marital Status: Single
Exemptions/Allowances:
　Federal: 3
　NJ: Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 33.00 | 1,188.00 | 19,116.00 |
| Holiday | 36.0000 | 8.00 | 288.00 | 1,152.00 |
| Overtime | | | | 1,512.00 |
| Gross Pay | | | $1,476.00 | 21,780.00 |

| Other Benefits and Information | this period | total |
|---|---|---|
| Max Elig/Comp | 1,476.00 | 21, |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -178.31 | 2,646.32 |
| | Social Security Tax | -91.51 | 1,350.36 |
| | Medicare Tax | -21.40 | 315.81 |
| | NJ State Income Tax | -54.88 | 787.20 |
| | NJ SUI/SDI Tax | -10.41 | 153.55 |
| Net Pay | | $1,119.49 | |
| Checking1 | | -1,119.49 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are
$1,476.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000280025
Pay date: 07/13/2018

Deposited to the account of
EDWARD NIGHTINGALE

account number: xxxxxx7415
transit ABA: xxxx xxxx

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

VOD  000174         0000260025

# Earnings Statement

POLLARO CUSTOM FURNITURE INC  
480 MUNDET PLACE

Period Beginning: 06/18/2018  
Period Ending: 06/24/2018  
Pay Date: 06/29/2018

Taxable Marital Status: Single  
Exemptions/Allowances:  
  Federal  3  
  NJ       Table A

EDWARD NIGHTINGALE  
1408 FOX GAP ROAD  
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 40.50 | 1,458.00 | 17,928.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 864.00 |
| Gross Pay | | | $1,458.00 | 20,304.00 |

| Other Benefits and Information | this period | total |
|---|---|---|
| Max Elig/Comp | 1,458.00 | 20. |

**Deductions**  Statutory

| | | |
|---|---|---|
| Federal Income Tax | -174.35 | 2,468.01 |
| Social Security Tax | -90.40 | 1,258.65 |
| Medicare Tax | -21.14 | 294.41 |
| NJ State Income Tax | -63.79 | 732.32 |
| NJ SUI/SDI Tax | -10.27 | 143.14 |
| Net Pay | $1,108.05 | |
| Checking1 | -1,108.05 | |
| Net Check | $0.00 | |

Your federal taxable wages this period are $1,458.00

---

POLLARO CUSTOM FURNITURE INC  
460 MUNDET PLACE

Advice number: 00000260025  
Pay date: 06/29/2018

Deposited to the account of  
EDWARD NIGHTINGALE

account number: xxxxxx7415    transit ABA: xxxx xxxx    $1.

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

000053

# Earnings Statement

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 06/04/2018
Period Ending: 06/10/2018
Pay Date: 06/15/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal   3
  NJ       Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 33.50 | 1,206.00 | 14,976.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 864.00 |
| **Gross Pay** | | | **$1,206.00** | 17,352.00 |

| Other Benefits and Information | this period | total to |
|---|---|---|
| Max Elig/Comp | 1,206.00 | 17,3... |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -118.91 | 2,111.39 |
| | Social Security Tax | -74.77 | 1,075.82 |
| | Medicare Tax | -17.48 | 251.60 |
| | NJ State Income Tax | -36.41 | 622.55 |
| | NJ SUI/SDI Tax | -8.51 | 122.34 |
| | **Net Pay** | **$947.92** | |
| | Checking1 | -947.92 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,206.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000240026
Pay date: 06/15/2018

Deposited to the account of
EDWARD NIGHTINGALE

| account number | transit ABA | an... |
|---|---|---|
| xxxxxx7415 | xxxx xxxx | $9... |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

CO    FILE    DEPT    CLOCK    VCHR NO.    020

# Earnings Statement

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning:    05/28/2018
Period Ending:       06/03/2018
Pay Date:            06/08/2018

Taxable Marital Status:  Single
Exemptions/Allowances:
  Federal:  3
  NJ        Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 32.00 | 1,152.00 | 13,770.00 |
| Holiday | 36.0000 | 8.00 | 288.00 | 864.00 |
| Overtime | | | | 1,512.00 |
| **Gross Pay** | | | **$1,440.00** | 16,146.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 1,440.00 | 16,1... |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -170.39 | 1,992.48 |
| | Social Security Tax | -89.28 | 1,001.05 |
| | Medicare Tax | -20.88 | 234.12 |
| | NJ State Income Tax | -52.69 | 584.14 |
| | NJ SUI/SDI Tax | -10.15 | 113.83 |
| **Net Pay** | | **$1,096.61** | |
| | Checking1 | -1,096.61 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are
$1,440.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number:   00000230026
Pay date:        06/08/2018

Deposited to the account of
EDWARD NIGHTINGALE

account number   transit ABA        am
xxxxxx7415       xxxx  xxxx         $1,0...

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

VOD 000174   0000220026

**Earnings Statement**

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 05/21/2018
Period Ending: 05/27/2018
Pay Date: 06/01/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NJ: Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 35.0000 | 21.00 | 756.00 | 12,618.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 576.00 |
| **Gross Pay** | | | **$756.00** | 14,706.00 |

| Other Benefits and Information | this period | total |
|---|---|---|
| Max Elig/Comp | 756.00 | 14. |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -49.79 | 1,822.09 |
| | Social Security Tax | -46.87 | 911.77 |
| | Medicare Tax | -10.96 | 213.24 |
| | NJ State Income Tax | -12.52 | 531.45 |
| | NJ SUI/SDI Tax | -5.32 | 103.68 |

**Net Pay** $630.54
Checking1 -630.54
**Net Check** $0.00

Your federal taxable wages this period are $756.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000220026
Pay date: 06/01/2018

Deposited to the account of
EDWARD NIGHTINGALE

account number: xxxxxx7415
transit ABA: xxxx xxxx

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

# Earnings Statement 

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 05/14/2018
Period Ending: 05/20/2018
Pay Date: 05/25/2018

Taxable Marital Status: Single
Exemptions/Allowances:
 Federal 3
 NJ Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 13.00 | 468.00 | 11,862.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 576.00 |
| **Gross Pay** | | | **$468.00** | 13,950.00 |

| Other Benefits and Information | this period | total to d |
|---|---|---|
| Max Elig/Comp | 468.00 | 13,950 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -15.75 | 1,772.30 |
| | Social Security Tax | -29.02 | 864.90 |
| | Medicare Tax | -6.79 | 202.28 |
| | NJ State Income Tax | -6.28 | 518.93 |
| | NJ SUI/SDI Tax | -3.31 | 98.36 |
| **Net Pay** | | **$406.85** | |
| Checking1 | | -406.85 | |
| **Net Check** | | **$0.00** | |

Your federal taxable wages this period are $468.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000210026
Pay date: 05/25/2018

Deposited to the account of
EDWARD NIGHTINGALE

| account number | transit ABA | amou |
|---|---|---|
| xxxxxx7415 | xxxx xxxx | $406 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement 

| CO. | FILE | DEPT. | CLOCK | VOUCHER NO. |
|---|---|---|---|---|
| VOD | 000174 | | | 00000200026   1 |

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 05/07/2018
Period Ending:   05/13/2018
Pay Date:        05/18/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal:   5
  NJ:        Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular  | 36.0000 | 13.00 | 468.00 | 11,394.00 |
| Overtime |         |       |        |  1,512.00 |
| Holiday  |         |       |        |    576.00 |
| **Gross Pay** | | | **$468.00** | 13,482.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Max Elig/Comp | 468.00 | 13,482 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax  | -15.75 | 1,756.55 |
| | Social Security Tax | -29.01 |   835.88 |
| | Medicare Tax        |  -6.79 |   195.49 |
| | NJ State Income Tax |  -6.28 |   512.65 |
| | NJ SUI/SDI Tax      |  -3.30 |    95.05 |
| **Net Pay**  | | **$406.87** | |
| Checking1    | | -406.87 | |
| **Net Check**| | **$0.00** | |

Your federal taxable wages this period are $468.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000200026
Pay date:      05/18/2018

Deposited to the account of
EDWARD NIGHTINGALE

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7415 | xxxx xxxx | $406 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Period Beginning: 02/19/2018
Period Ending: 02/25/2018
Pay Date: 03/02/2018

Taxable Marital Status: Single
Exemptions/Allowances:
  Federal: 3
  NJ: Table A

EDWARD NIGHTINGALE
1408 FOX GAP ROAD
BANGOR PA 18013

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 36.0000 | 10.50 | 378.00 | 10,926.00 |
| Overtime | | | | 1,512.00 |
| Holiday | | | | 576.00 |
| Gross Pay | | | $378.00 | 13,014.00 |

| Other Benefits and Information | this period | total to |
|---|---|---|
| Max Elig/Comp | 378.00 | 13,0 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -6.75 | 1,740.80 |
| | Social Security Tax | -23.44 | 806.87 |
| | Medicare Tax | -5.48 | 188.70 |
| | NJ State Income Tax | -4.80 | 506.37 |
| | NJ SUI/SDI Tax | -2.67 | 91.75 |
| Net Pay | | $334.86 | |
| Checking1 | | -334.86 | |
| Net Check | | $0.00 | |

Your federal taxable wages this period are $378.00

---

POLLARO CUSTOM FURNITURE INC
480 MUNDET PLACE

Advice number: 00000090023
Pay date: 03/02/2018

Deposited to the account of
EDWARD NIGHTINGALE

account number: xxxxx7415
transit ABA: xxxx xxxx
an: $3

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**