UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   EDWARD GEORGE NIGHTINGALE   :   Chapter 13
: 
         Debtor                       :   Bky. No. 18-15850 ELF

# O R D E R

**AND NOW,** the Debtor having filed a Motion to Sell Property Free and Clear of Liens ("the Motion") (Doc. # 59) on **July 29, 2019**;

**AND**, the Debtor having *erroneously* sent a Notice of Motion that states that the hearing on the Motion is scheduled on **August 27, 2019**, a date in which the assigned judge is not scheduled to preside over cases in the Reading Division;

It is therefore **ORDERED** that:

1. The hearing on the Motion is **RESCHEDULED** to **August 29, 2019, at 11:00 a.m., in the Bankruptcy Courtroom, United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, Pennsylvania**.

2. **On or before August 21, 2019**, the Debtor shall serve a copy of this Order on all parties required to receive notice of the Motion under the rules of court.

Date: **August 20, 2019**

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE