United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 18-15850-elf
Edward George Nightingale                                                     Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4        User: Keith              Page 1 of 1           Date Rcvd: Aug 20, 2019
                            Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 22, 2019.
db          Edward George Nightingale,    1408 Fox Gap Rd,    Bangor, PA   18013-6008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 22, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 20, 2019 at the address(es) listed below:
              DAVID B. SCHWARTZ    on behalf of Debtor Edward George Nightingale david@dbsesq.com,
               DBSchwartzesq@aol.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Carrington Mortgage Services, LLC
               bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
               York et al... bkgroup@kmllawgroup.com
              ROLANDO   RAMOS-CARDONA    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ecfmail@readingch13.com,   ecf_frpa@trustee13.com
              SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com,   ecf_frpa@trustee13.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM  MILLER*R    on behalf of Trustee WILLIAM  MILLER*R ecfemail@FredReigleCh13.com,
               ECF_FRPA@Trustee13.com
                                                                                               TOTAL: 7

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:   EDWARD GEORGE NIGHTINGALE   :   Chapter 13
                                                           :
                Debtor                       :   Bky. No.  18-15850 ELF

# O R D E R

      **AND NOW,** the Debtor having filed a Motion to Sell Property Free and Clear of Liens ("the Motion") (Doc. # 59) on **July 29, 2019**;

      **AND**, the Debtor having *erroneously* sent a Notice of Motion that states that the hearing on the Motion is scheduled on **August 27, 2019**, a date in which the assigned judge is not scheduled to preside over cases in the Reading Division;

      It is therefore **ORDERED** that:

1. The hearing on the Motion is **RESCHEDULED** to **August 29, 2019, at 11:00 a.m., in the Bankruptcy Courtroom, United States Bankruptcy Court, The Madison Building, Suite 300, 400 Washington Street, Reading, Pennsylvania**.

2. **On or before August 21, 2019**, the Debtor shall serve a copy of this Order on all parties required to receive notice of the Motion under the rules of court.

Date:  August 20, 2019

                                          **ERIC L. FRANK
U.S. BANKRUPTCY JUDGE**