IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | ) |
| | ) |
| EDWARD G. NIGHTINGALE, | ) CASE NO: 18-15850 |
| | ) Chapter 13 |
| Debtor | ) |

## AFFIDAVIT

Edward G. Nightingale, the within Debtor, being duly sworn, deposes and says as per the requirement of LBR 6004-1 that neither the buyers, Kourtney Marie Sacco and Nicholas Anthony Sacco or any person affiliated with the buyers is an insider of the Debtor as defined in 11 USC §101(31), and particularly, a relative of Debtor. Further, Debtor is not a partner in a partnership nor is he a director, officer or person in control of a corporation.

_____
Edward G. Nightingale, Deponent

Sworn to and subscribed before me
this 23rd day of August, 2019.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
Cindy E. Bonney, Notary Public
Whitehall Twp., Lehigh County
My Commission Expires March 9, 2020
MEMBER, PENNSYLVANIA ASSOCIATION OF NOTARIES