## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:   **EDWARD GEORGE NIGHTINGALE,**          :          **Chapter 13**

                                                      :

              **Debtor**          :          **Bky. No.  18-15850 ELF**

# O R D E R

     **AND NOW,** upon consideration of the Debtor's Application to Employ Real Estate

Broker,

     It is hereby **ORDERED** that:

1.  The Motion is **DENIED** on the ground that it is not necessary for the Debtor to obtain court

    approval to retain a real estate broker to represent Debtor unless the broker is also

    representing the Trustee.

2.  In order for the real estate broker to receive compensation or allowance of expenses from the

    proceeds of the sale of property of the bankruptcy estate, either:

          (a)  the broker shall file an application in accordance with 11 U.S.C. §330 and In
              re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994); or

          (b)  the proposed compensation and the basis therefor shall be described with
              particularity in the Debtor's Motion for Authority to Sell the Real Estate and
              in the Notice of Motion required by L.B.R 9014-3(e).

Date:  **August 29, 2019**

                              **ERIC L. FRANK**
                              **U.S. BANKRUPTCY JUDGE**