United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-15850-elf
Edward George Nightingale                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4          User: Randi           Page 1 of 1          Date Rcvd: Aug 30, 2019
                              Form ID: pdf900       Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 01, 2019.
db              Edward George Nightingale,    1408 Fox Gap Rd,    Bangor, PA  18013-6008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                               TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 30, 2019 at the address(es) listed below:
          DAVID B. SCHWARTZ   on behalf of Debtor Edward George Nightingale david@dbsesq.com,
           DBSchwartzesq@aol.com
          REBECCA ANN SOLARZ   on behalf of Creditor   Carrington Mortgage Services, LLC
           bkgroup@kmllawgroup.com
          REBECCA ANN SOLARZ   on behalf of Creditor   THE BANK OF NEW YORK MELLON, F/K/A The Bank of New
           York et al... bkgroup@kmllawgroup.com
          ROLANDO RAMOS-CARDONA   on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
           ecfmail@readingch13.com,  ecf_frpa@trustee13.com
          SCOTT F. WATERMAN (Chapter 13)   ECFMail@ReadingCh13.com,  ecf_frpa@trustee13.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM MILLER*R   on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com,
           ECF_FRPA@Trustee13.com
                                                                          TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    )
                                          )  CASE NO: 18-15850
EDWARD GEORGE NIGHTINGALE,                )
                                          )  Chapter 13
                    Debtor.               )

## ORDER

AND NOW, this __29th__ day of August, 2019, upon Debtor's Motion to

Sell Real Property known as 1408 Fox Gap Road, Borough of Bangor, Northampton

County, Pennsylvania at private sale free and clear of liens and encumbrances, and

pursuant to Section 363 Motion, and after notice to the standing Chapter 13 Trustee, the

office of the U. S. Trustee, all creditors and parties in interest, and after a

hearing thereon,

IT IS HEREBY **ORDERED**, that the Motion is granted.  The

Movant/Debtor is authorized to sell real estate located at 1408 Fox Gap Road,

Borough of Bangor, Northampton County, Pennsylvania, more particularly described in

Northampton County Recorder of Deeds Record Book 2005-1, Page 257606 at private

 pursuant to 11 U.S.C.  §362(b) and the terms of the Agreement of

Sale attached to the Motion as Exhibit "A" and to distribute the proceeds at settlement as

follows:

1.  Payment of the secured claim of The Bank Of New York Mellon, f/k/a

The Bank Of New York As Trustee For Registered Holders Of CWABS, Inc., Asset-

Backed Certificates, Series 2007-12 being serviced by Carrington Mortgage Services

LLC should be paid in full subject to a proper payoff at the time of closing.

      2. Payment of ordinary and reasonable closing costs including but not

limited to realty transfer taxes, recording fees, document preparation fees, express mail

fees, other customary closing costs and a realtor's commission of $12,000.00 to Melchor

Realty LLC;

      3. Payment to Debtor of his $17,500 Homestead Exemption Claim.

      4. Payment of the remaining proceeds together with Closing Disclosure to

the Trustee for his administration to be remitted within three business days from

Settlement.

      5. Debtor is authorized to execute any and all documents and to perform

any and all acts necessary to consummate the sale of the Property as authorized herein.

      6. In the event the Settlement cannot be held on or before September 5,

2019, the Bank shall be free to proceed with a foreclosure sale as early as September 6,

2019.

      7. To allow for the Settlement to be held on or before September 5, 2019,

the 14 day period to appeal from entry of this Order pursuant to FRBP 8002(a)(1) is

hereby waived.

_____

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

2