United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Edward George Nightingale
Debtor

Case No. 18-15850-elf
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: Randi Page 1 of 1 Date Rcvd: Aug 30, 2019
Form ID: pdf900 Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2019.
db Edward George Nightingale, 1408 Fox Gap Rd, Bangor, PA 18013-6008

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE. TOTAL: 0

***** BYPASSED RECIPIENTS *****
NONE. TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2019 Signature: /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2019 at the address(es) listed below:
DAVID B. SCHWARTZ on behalf of Debtor Edward George Nightingale david@dbsesq.com, DBSchwartzesq@aol.com
REBECCA ANN SOLARZ on behalf of Creditor Carrington Mortgage Services, LLC bkgroup@kmllawgroup.com
REBECCA ANN SOLARZ on behalf of Creditor THE BANK OF NEW YORK MELLON, F/K/A The Bank of New York et al... bkgroup@kmllawgroup.com
ROLANDO RAMOS-CARDONA on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ecfmail@readingch13.com, ecf_frpa@trustee13.com
SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com, ecf_frpa@trustee13.com
United States Trustee USTPRegion03.PH.ECF@usdoj.gov
WILLIAM MILLER*R on behalf of Trustee WILLIAM MILLER*R ecfemail@FredReigleCh13.com, ECF_FRPA@Trustee13.com
TOTAL: 7

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **IN RE: EDWARD GEORGE NIGHTINGALE,** | : | **Chapter 13** |
| | : | |
| **Debtor** | : | **Bky. No. 18-15850 ELF** |

**O R D E R**

**AND NOW,** upon consideration of the Debtor's Application to Employ Real Estate Broker,

It is hereby **ORDERED** that:

1. The Motion is **DENIED** on the ground that it is not necessary for the Debtor to obtain court approval to retain a real estate broker to represent Debtor unless the broker is also representing the Trustee.
2. In order for the real estate broker to receive compensation or allowance of expenses from the proceeds of the sale of property of the bankruptcy estate, either:

    (a) the broker shall file an application in accordance with 11 U.S.C. §330 and In re Busy Beaver Building Centers, Inc., 19 F. 3d. 833 (3d Cir. 1994); or

    (b) the proposed compensation and the basis therefor shall be described with particularity in the Debtor's Motion for Authority to Sell the Real Estate and in the Notice of Motion required by L.B.R 9014-3(e).

**Date: August 29, 2019**

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**