| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
Chapter 13 Case No. 18-15850-PMM

EDWARD GEORGE  NIGHTINGALE
6563 MARTINS CREEK BELVIDERE HWY
BANGOR  PA     18013-6008

Petition Filed Date: 09/05/2018
341 Hearing Date: 11/27/2018
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2019 | $785.00 | 3084365 | 01/25/2019 | $785.00 | 3084381 | 02/15/2019 | $785.00 | 3084412 |
| 03/08/2019 | $785.00 | 3084437 | 04/17/2019 | $735.00 | 3084512 | 05/22/2019 | $785.00 | 3084560 |
| 07/08/2019 | $785.00 | 3084625 | 07/24/2019 | $785.00 | 3115957 | 07/24/2019 | $785.00 | 3115958 |
| 09/26/2019 | $7,420.17 | 10986  R/E SA | 10/08/2019 | $785.00 | 3116059 | 10/08/2019 | $785.00 | 3116060 |
| 10/30/2019 | $2,435.77 | 11140 R/E sale | 10/31/2019 | $785.00 | 3116102 | 12/26/2019 | $527.85 | 3491699 |
| 02/04/2020 | $527.84 | | 02/12/2020 | $527.84 | | 03/02/2020 | $527.85 | |
| 03/30/2020 | $527.85 | | 05/04/2020 | $527.85 | | 06/02/2020 | $527.85 | |
| 06/29/2020 | $527.85 | | 08/03/2020 | $527.85 | | | | |

**Total Receipts for the Period: $23,976.57    Amount Refunded to Debtor Since Filing:  $0.00   Total Receipts Since Filing: $25,546.57**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS) <br> »»  01P | Priority Crediors | $30,840.31 | $18,596.35 | $12,243.96 |
| 2 | UNITED STATES TREASURY (IRS) <br> »»  01U | Unsecured Creditors | $41,635.44 | $0.00 | $41,635.44 |
| 3 | PA DEPARTMENT OF REVENUE <br> »»  02P | Priority Crediors | $6,878.76 | $4,147.81 | $2,730.95 |
| 4 | PA DEPARTMENT OF REVENUE <br> »»  02U | Unsecured Creditors | $986.34 | $0.00 | $986.34 |
| 5 | CARRINGTON MORTGAGE SERVICES LLC <br> »»  003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BOROUGH OF BANGOR <br> »»  004 | Priority Crediors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-15850-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | |
|---|---|---|---|
| Total Receipts: | $25,546.57 | Current Monthly Payment: | $527.85 |
| Paid to Claims: | $22,744.16 | Arrearages: | $0.02 |
| Paid to Trustee: | $2,327.34 | Total Plan Base: | $41,910.08 |
| Funds on Hand: | $475.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.