| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 18-15850-PMM**

EDWARD GEORGE NIGHTINGALE
6563 MARTINS CREEK BELVIDERE HWY
BANGOR PA  18013-6008

Petition Filed Date: 09/05/2018
341 Hearing Date: 11/27/2018
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/04/2020 | $527.84 | | 02/12/2020 | $527.84 | | 03/02/2020 | $527.85 | |
| 03/30/2020 | $527.85 | | 05/04/2020 | $527.85 | | 06/02/2020 | $527.85 | |
| 06/29/2020 | $527.85 | | 08/03/2020 | $527.85 | | 08/31/2020 | $527.85 | |
| 10/05/2020 | $527.85 | | 11/02/2020 | $527.85 | | 12/01/2020 | $527.85 | |
| 01/05/2021 | $527.85 | | 02/01/2021 | $527.85 | | 03/01/2021 | $527.85 | |
| 03/29/2021 | $527.85 | | 05/03/2021 | $527.85 | | 06/01/2021 | $527.85 | |

**Total Receipts for the Period: $9,501.28   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $30,825.07**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS)  »» 01P | Priority Crediors | $30,840.31 | $22,571.28 | $8,269.03 |
| 2 | UNITED STATES TREASURY (IRS)  »» 01U | Unsecured Creditors | $41,635.44 | $0.00 | $41,635.44 |
| 3 | PA DEPARTMENT OF REVENUE  »» 02P | Priority Crediors | $6,878.76 | $5,034.39 | $1,844.37 |
| 4 | PA DEPARTMENT OF REVENUE  »» 02U | Unsecured Creditors | $986.34 | $0.00 | $986.34 |
| 5 | CARRINGTON MORTGAGE SERVICES LLC  »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BOROUGH OF BANGOR  »» 004 | Priority Crediors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-15850-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $30,825.07 | Current Monthly Payment: | $527.85 |
| Paid to Claims: | $27,605.67 | Arrearages: | $0.02 |
| Paid to Trustee: | $2,744.33 | Total Plan Base: | $41,910.08 |
| Funds on Hand: | $475.07 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.