| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 04/01/2021 to 08/05/2022
### Chapter 13 Case No. 18-15850-PMM

EDWARD GEORGE  NIGHTINGALE
6563 MARTINS CREEK BELVIDERE HWY
BANGOR  PA    18013-6008

Petition Filed Date: 09/05/2018
341 Hearing Date: 11/27/2018
Confirmation Date: 11/21/2019

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 05/03/2021 | $527.85 |  | 06/01/2021 | $527.85 |  | 07/06/2021 | $527.85 |  |
| 08/02/2021 | $527.85 | 8/2/2021 | 08/30/2021 | $527.85 |  | 10/04/2021 | $527.85 |  |
| 11/01/2021 | $527.85 |  | 11/30/2021 | $527.85 |  | 01/03/2022 | $527.85 |  |
| 01/31/2022 | $527.85 |  | 03/07/2022 | $527.85 |  | 04/04/2022 | $527.85 |  |
| 05/02/2022 | $527.85 |  | 05/31/2022 | $527.85 |  | 07/05/2022 | $527.85 |  |
| 08/01/2022 | $527.85 |  |  |  |  |  |  |  |

**Total Receipts for the Period:  $8,445.60    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $38,214.97**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | DAVID B SCHWARTZ ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | UNITED STATES TREASURY (IRS) »» 01P | Priority Crediors | $30,840.31 | $28,095.60 | $2,744.71 |
| 2 | UNITED STATES TREASURY (IRS) »» 01U | Unsecured Creditors | $41,635.44 | $0.00 | $41,635.44 |
| 3 | PA DEPARTMENT OF REVENUE »» 02P | Priority Crediors | $6,878.76 | $6,266.55 | $612.21 |
| 4 | PA DEPARTMENT OF REVENUE »» 02U | Unsecured Creditors | $986.34 | $0.00 | $986.34 |
| 5 | CARRINGTON MORTGAGE SERVICES LLC »» 003 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | BOROUGH OF BANGOR »» 004 | Priority Crediors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 18-15850-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/5/2022:

| | | | |
|---|---|---|---|
| Total Receipts: | $38,214.97 | Current Monthly Payment: | $527.85 |
| Paid to Claims: | $34,362.15 | Arrearages: | $0.02 |
| Paid to Trustee: | $3,367.20 | Total Plan Base: | $41,910.08 |
| Funds on Hand: | $485.62 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.