Certificate Number: 18194-PAE-DE-037387466

Bankruptcy Case Number: 18-15850



18194-PAE-DE-037387466

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 28, 2023, at 7:55 o'clock PM PDT, EDWARD NIGHTINGALE completed a course on personal financial management given by internet by $$$$$Pre-Discharge Debtor Education, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  April 28, 2023                By:   /s/Jacob Allen

                                     Name: Jacob Allen

                                     Title: Manager